**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) No. 4:10CV00330 ERW ) |
| MAYFIELD CONCRETE CONSTRUCTION, LLC, | ) ) ) |
| Defendant(s). | ) |

### ORDER OF HEARING

This matter comes before the Court on Plaintiffs' Motion for Default Judgment [doc. #5] as to Defendant Mayfield Concrete Construction, LLC. Entry of Default was issued by the Clerk of Court on April 27, 2010 [doc. #10]. A Default Hearing will be held on May 18, 2010, for the purpose of granting Plaintiffs' Motion.

**IT IS HEREBY ORDERED** that Plaintiffs' counsel and Bryan Shaw, or a legal representative for Mayfield Concrete Construction, LLC, shall appear before this Court for a Default Hearing on **May 18, 2010**, at **11:00 a.m.** This hearing will be held in Courtroom 12 South of the United States District Court in St. Louis, Missouri. Defendant is put on notice that judgment will likely be entered at that time against said Defendant.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by U.S. and Certified Mail to Mayfield Concrete Construction, LLC, Attn: Bryan Shaw, Registered Agent, 3065 Arimont, St. Louis, Missouri 63121.

So Ordered this 3rd day of May, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE